No. 72–5707. BASSETT *v.* SMITH, WARDEN, 410 U. S. 991;

No. 72–5725. POLAK *v.* CRAVEN, WARDEN, 410 U. S. 984;

No. 72–5811. LARGE *v.* OHIO, 410 U. S. 912;

No. 72–5897. BROWN *v.* CARDWELL, WARDEN, *ante,* p. 907;

No. 72–5985. HARRIS *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 410 U. S. 986;

No. 72–5986. PENIX *v.* WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE, 410 U. S. 986;

No. 72–6091. LEE *v.* ALABAMA, *ante,* p. 908; and

No. 72–6170. KAPLAN *v.* JUDGES OF THE UNITED STATES COURT OF APPEALS FOR THE SECOND CIRCUIT ET AL., *ante,* p. 905. Petitions for rehearing denied.

No. 71–6742. HURTADO ET AL. *v.* UNITED STATES, 410 U. S. 578. Motion for leave to file petition for rehearing denied.

No. 72–1115. ROZELLE *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL., *ante,* p. 921. Motion tendering payment of money judgment presented to MR. JUSTICE WHITE, and by him referred to the Court, denied. Motion to stay decision on petition for rehearing denied. Motion to dispense with printing petition for rehearing granted. Petition for rehearing denied.

MAY 14, 1973

No. 72–264. PARKER, TREASURER OF LOUISIANA, ET AL. *v.* LEVY ET AL. Affirmed on appeal from D. C. M. D. La.

No. 72–6446. WINSTON ET AL. *v.* SCOTT, ATTORNEY GENERAL OF ILLINOIS, ET AL. Affirmed on appeal from D. C. N. D. Ill.